IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS JOEL DE PAOLI,

    Plaintiff,

v.                                                          CASE NO. 1:06-cv-00117-MP-AK

KATHLEEN WOLF, et al,

    Defendants.

_____/

DENNIS JOEL DE PAOLI,

v.                                                           CASE NO. 1:06-cv-00094-MP-AK

FIRST NATIONAL REALTY OF CHICAGO,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3 and Doc. 9,[1] Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Magistrate Judge filed the Report and Recommendation on Tuesday, July 11, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff has filed an objection to the Magistrate's Report, Doc. 4 in case number 1:06-cv-

---

[1] Plaintiff has filed many other cases in addition to the instant actions, 1:06-cv-00083-SPM-AK, 1:06-cv-00084-SPM-AK, 1:06-cv-00085-MP-AK, 1:06-cv-00086-SPM-AK, all of which have been dismissed based on the Magistrate's Report. The Magistrate wrote a single Report and Recommendation for all of these and the instant cases. For the sake of simplicity, this Order will refer to the Report in 1:06-cv-00094-MP-AK, Doc. 3, as applying to both instant cases.

00094.  In his objection, Plaintiff requests a grand jury to investigate his civil claims, requests funds from the United States Treasury, and numerous other requests not tied to the Report of the Magistrate Judge.  The crux of Plaintiff's objection to the Report lies in the Magistrate's recommendation to dismiss Plaintiff's complaints because "[i]t is obvious from some of the claims that Plaintiff's mental condition is not yet stabilized, and it would be a waste of judicial resources to process these cases or to accept future filings without prior review." Doc. 3 at 3.  At the time of Magistrate's Report, Plaintiff was "being held at the North Florida Evaluation and Treatment Center for a determination of his competency to stand trial in state court." Doc. 3 at 2.  Plaintiff contends that his due process rights were violated by the Magistrate commenting on his mental condition or referring to his treatment without documentation or expert testimony as to either.  Despite Plaintiff's objection, the Magistrate's recommendation for dismissal was based not on Plaintiff's competency, but on the readily apparent lack of support for Plaintiff's claims in law or in fact.  Doc. 3 at 4.  Many of the Plaintiff's claims sound in the realm of the fantastic, alleging that the Defendants are engage in elaborate conspiracies to stalk and kill Plaintiff's daughter and that Defendant First National Realty of Chicago asked Plaintiff's company to bribe a judge and violate the transportation laws.  Doc. 3 at 2.

Therefore, the Court agrees with the Magistrate that both of Plaintiff's cases be dismissed for failure to state a claim upon which relief may be granted.  Further, the Court agrees with the Magistrate that the orders entered in each of the cases granting leave to proceed *in forma pauperis* and assessing a filing fee be vacated.  It is also ordered that at the present time the Clerk of Court not accept any further filings from this Plaintiff without prior court review.  Therefore, having considered the Report and Recommendation and all objections thereto filed, I

have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 3 in 1:06-cv-00094 and Doc. 9 in 1:06-cv-00117, is adopted and incorporated by reference in this order.

2. These actions, 1:06-cv-00094 and 1:06-cv-00117, are dismissed with prejudice.

3. The order entered granting leave to proceed *in forma pauperis* and assessing a filing fee, Doc. 4 in 1:06-cv-00117, is vacated.

4. The Clerk of Court is directed to not accept any further filings from Plaintiff De Paoli without prior court review.

**DONE AND ORDERED** this  *19th* day of October, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge